*940 508 U. S. 223; ante, p. 922; ante, p. 209; ante, p. 903; 508 U. S. 911; *941 508 U. S. 940; ante, p. 905; 508 U. S. 961; 508 U. S. 972; 508 U. S. 951; ante, p. 906; ante, p. 906; ante, p. 906; 508 U. S. 974; ante, p. 907; ante, p. 907; ante, p. 350; 506 U. S. 1061; 508 U. S. 914; ante, p. 926; 508 U. S. 962; 507 U. S. 1053; 508 U. S. 963; 508 U. S. 918; 507 U. S. 1042; 508 U. S. 942; 508 U. S. 921; 508 U. S. 921; *942 508 U. S. 921; 507 U. S. 1057; 508 U. S. 923; 508 U. S. 924; 508 U. S. 925; 508 U. S. 927; 508 U. S. 963; 508 U. S. 928; 508 U. S. 953; 508 U. S. 963; 508 U. S. 975; 508 U. S. 964; 508 U. S. 958; 508 U. S. 976; 508 U. S. 976; 508 U. S. 954; 508 U. S. 976; 608 U. S. 981; ante, p. 908; 508 U. S. 938; 508 U. S. 978; 508 U. S. 978; 508 Ü. S. 978; ante, p. 902; ante, p. 929; ante, p. 910; 508 U. S. 979; ante, p. 921; ante, p. 911; ante, p. 911; and ante, p. 915. Petitions for rehearing denied.
*941 No. 92-1608.
No. 92-1650.
No. 92-1670.
No. 92-1671.
No. 92-1705.
No. 92-1731.
No. 92-1748.
No. 92-1749.
No. 92-1766.
No. 92-1822.
No. 92-1886.
No. 92-5653.
No. 92-6494.
No. 92-6730.
No. 92-7120.
No. 92-7802.
No. 92-7862.
No. 92-7914.
No. 92-7942.
No. 92-7998.
No. 92-8038.
No. 92-8061.
No. 92-8062.
*942 No. 92-8063.
No. 92-8094.
No. 92-8120.
No. 92-8133.
No. 92-8146.
No. 92-8220.
No. 92-8249.
No. 92-8251.
No. 92-8298.
No. 92-8301.
No. 92-8314.
No. 92-8317.
No. 92-8333.
No. 92-8338.
No. 92-8349.
No. 92-8353.
No. 92-8354.
No. 92-8424.
No. 92-8436.
No. 92-8470.
No. 92-8490.
No. 92-8537.
No. 92-8563.
No. 92-8588.
No. 92-8589.
No. 92-8615.
No. 92-8634.
No. 92-8646.
No. 92-8683.
No. 92-8716.
No. 92-8725.